March 23, 2000

United States District Court
Southern District of Texas
FILED

MAR 28 2000

MICHAEL N. MILBY CLERK

Clint Coppock
P. O. Box 1511
Odem, TX 78370

C 00 127

Judge Janis Graham Jack
521 Starr Street
Corpus Christi, TX 78401

Dear Judge Jack:

I am currently incarcerated in the San Patricio County Jail. I am having health problems, specifically, I am passing blood in my urine. I have a history of kidney stones during the past 12 months. I have been refused medical treatment. The jail has ignored my requests, my mother's requests, my lawyer's requests and my lawyer's secretary's requests that I be treated medically for my condition. My mother is willing to take me to a doctor and pay for all treatment and medication. I have been told by the jailers to drink more water in response to my requests for help. Can you please help me? I don't think I can go through passing another stone without some sort of medical assistance. Thank you in advance for anything you can do.

Sincerely,

*Clint Coppock*

Clint Coppock