UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clint Coppock )
_____ )
 )
 )
vs )  CA C 00-127
San Patricio County )
Jail )

United States District Court
Southern District of Texas
FILED

MAR 2 8 2000

Michael N. Milby
Clerk of Court

NOTICE OF TRANSFER

This case has been transferred to Judge Janis G. Jack, for the reason:

(X)   Agreement between the Judges.

( )   Case in exchange for CA C- _____ which was transferred due to:

( )   recusal

( )   bankruptcy related case

( )   Consent to Proceed before the U. S. Magistrate Judge filed.

( )   Other:

Cut-off dates in existing scheduling/docket control orders remain in effect. However, all court settings are canceled. The receiving court will issue new court settings.

Counsel are instructed to notify the appropriate Case Manager by letter of pending motions.

MICHAEL N. MILBY, CLERK

Date: Mar. 28, 2000     By: Judith F. Alvarez
                             U. S. Deputy Clerk