IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CLINT COPPOCK | § |
| | § |
| VS. | §   C.A. NO. C 00 127 |
| | § |
| SAN PATRICIO COUNTY JAIL | § |

**ORDER**

The plaintiff, a prisoner proceeding pro se, has written to the Court concerning matters at the San Patricio County Jail. The Court will construe plaintiff's letter dated March 23, 2000, as a civil rights complaint under 42 U.S.C. § 1983. The Court hereby grants plaintiff temporary in forma pauperis status.

SIGNED at Corpus Christi, Texas, on this 28th day of March, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE