# CIVIL COURT MINUTES

| | |
|---|---|
| **JUDGE PRESIDING:** | JANIS GRAHAM JACK |
| **CASE MANAGER:** | Mary Beth Garza |
| **COURT RECORDER:** | Velma Gano |
| **LAW CLERK:** | Melissa Hooper |
| **U.S.C.S.O.:** | Ovidio Trejo |
| **U.S. MARSHAL:** | Rick Taylor |
| **INTERPRETER:** | |

United States District Court
Southern District of Texas
FILED

MAR 28 2000

MICHAEL N. MILBY
CLERK

**DATE:** March 28, 2000  **OPEN:** 2:59  **ADJOURN:** 3:07
**TAPE:** #3

**CIVIL ACTION NUMBER:** C-00-127

Clint Coppock    **COUNSEL:** Pro Se

VS.

San Patricio County Jail    **COUNSEL:** Eugene Chaplain

(✓) Misc. Hearing  Case called. Appearances are made. Discussion of plaintiff's medical problems. Court orders defendant to take plaintiff to a physician, regarding his medical complaints, this afternoon. If plaintiff's mother does not contact Court within five days, case will be dismissed sua sponte. Adjourn.

4.