IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLINT COPPOCK | § | |
| | § | |
| VS. | § | C.A. NO. 00-127 |
| | § | |
| SAN PATRICIO COUNTY JAIL | § | |

### ORDER

On this day the above cause came on for hearing. The County of San Patricio and the San Patricio County Attorney agreed to take the Plaintiff Clint Coppock to a doctor today for evaluation of his physical complaints. The parties further agreed that this suit may be dismissed sua sponte by the Court without prejudice in five (5) days unless the Court is informed that Plaintiff was not provided adequate medical treatment

ORDERED this 28th day of March, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE