IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLINT COPPOCK §
§
VS. § C.A. NO. 00-127
§
SAN PATRICIO COUNTY JAIL §

**ORDER OF DISMISSAL**

Pursuant to the Court's Order of March 28, 2000, the Court hereby dismisses this case without prejudice.

ORDERED this 7th day of April, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

United States District Court
Southern District of Texas
ENTERED
APR 1 0 2000
Michael N. Milby, Clerk of Court