United States District Court
Southern District of Texas
ENTERED

APR 1 0 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

7.

| | | |
|---|---|---|
| CLINT COPPOCK | § | |
| | § | |
| V. | § | C.A. NO. C-00-127 |
| | § | |
| SAN PATRICIO COUNTY JAIL | § | |

### FINAL JUDGMENT

In accordance with the Court's Order of Dismissal, the Court hereby enters Final Judgment dismissing this action without prejudice.

ORDERED this 7th day of April, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE